■ Lois M. Scorsone, Individually and as Executrix of John C. Scorsone, Deceased, Appellant, v Mark Lampbell et al., Respondents. (Appeal No. 2.) [656 NYS2d 1007] —Appeal unanimously dismissed without costs (*see, Tishman Interiors Corp. v Fireman's Fund Ins. Co.,* 236 AD2d 385). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Renewal.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.

■ The People of the State of New York, Respondent, v Jose Diaz, Appellant. [656 NYS2d 1007] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.